UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-008-WFN |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION AND |
| | ) | SETTING CONDITIONS |
| v. | ) | OF RELEASE |
| | ) | |
| JUAN RAMON RUIZ LECHUGA, | ) | ☑ Motion Granted |
| | ) | **(Ct. Rec. 69)** |
| Defendant. | ) | |
| | ) | ☑ Action Required |
| | ) | |

Date of Motion hearing: June 4, 2009

 **IT IS ORDERED** that the release of the Defendant is subject to the following:

### STANDARD CONDITIONS OF RELEASE

(1) Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

(2) Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

(4) Defendant shall sign and complete A.O. 199C before being released and shall reside at the addressed furnished.

(5) Defendant shall not possess a firearm, destructive device or other dangerous weapon.

(6) Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as

ORDER SETTING CONDITIONS OF RELEASE  - 1

1   they direct, at such times and in such manner as they direct.

2   _____

3   _____

4   (7) Defendant shall contact defense counsel at least ~~once~~ twice a week.

5   (8) Defendant is further advised, pursuant to 18 U.S.C. § 922(n),
    it is unlawful for any person who is under indictment for a crime
6   punishable by imprisonment for a term exceeding one year, to
    possess, ship or transport in interstate or foreign commerce any
7   firearm or ammunition or receive any firearm or ammunition which has
    been shipped or transported in interstate or foreign commerce.

8                                  BOND

9   (9) Defendant shall:

10  ☑ Execute an unsecured appearance bond in the amount of

11  _five thousand_____⁹⁰⁄₁₀₀dollars

12  ($ 5000.⁰⁰ ) in the event of a failure to appear as required or

13  to surrender as directed for service of any sentence imposed.

14  ☐ Execute an unsecured appearance bond, to be co-signed by

15  _____, in the amount of

16  _____ dollars

17  ($_____) in the event of a failure to appear as required or

18  to surrender as directed for service of any sentence imposed.

19  ☐ Execute:   ☐ $_____   corporate surety bond

20

21              ☐ $_____   property bond

22

23              ☐ $_____   cash bond

24              ☐ $_____   percentage bond, with

25                                   $_____ paid in cash

26              ADDITIONAL CONDITIONS OF RELEASE

27  Upon finding that release by one of the above methods will not by

28  itself reasonably assure the appearance of the Defendant and the


ORDER SETTING CONDITIONS OF RELEASE  - 2

1 | safety of other persons and the community,

2 | **IT IS FURTHER ORDERED** that the release of the Defendant is subject

3 | to the following additional conditions:

4 | ☐ (10) The Defendant is placed with:

5 |

6 | _____
Name of person or organization

7 | _____
Address

8 |

9 | _____
City and State                    Tele. Number

10 | _____
Signature                         Date

11 | who agrees to sign a copy of this Order, **to be kept in Pretrial**

12 | **Services' file**; supervise the Defendant consistent with all the

13 | conditions of release; use every effort to assure the appearance of

14 | the Defendant at all scheduled court proceedings; and notify the

15 | court immediately in the event the Defendant violates any conditions

16 | of release or disappears.

17 | ☐ (11) Maintain or actively seek lawful employment.

18 | ☐ (12) Maintain or commence an education program.

19 | ☑ (13) Surrender any passport to Pretrial Services and does not

20 | apply for a new passport.

21 | ☑ (14) Defendant shall remain in the:

22 | ☑ Eastern District of Washington or ☐ State of Washington

23 | while the case is pending.  On a showing of necessity, Defendant may

24 | obtain prior written permission to leave this area from the United

25 | States Probation Office.

26 | ☑ Exceptions:

27 | _Defendant may leave the area to visit_

28 | _his mother's and other family members'_
_places of burial/cemetary._

ORDER SETTING CONDITIONS OF RELEASE  - 3

1 ☐  (15) Avoid all contact, direct or indirect, with any persons who

2 are or who may become a victim or potential witness in the subject

3 investigation or prosecution, including but not limited to:

4 _____

5 _____

6 ☑  (16) Avoid all contact, direct or indirect, with:

7    ☐ Known felons

8    ☑ Co-Defendant(s)

9 ☐  (17) Undergo medical or psychiatric treatment and/or remain in an

10 institution as follows:

11 _____

12 ☑  (18) Refrain from:  ☐ any  ☑ excessive use of alcohol

13 ☐  (19) There shall be no alcohol in the home where Defendant

14 resides.

15 ☑  (20) There shall be no firearms in the home where Defendant

16 resides.

17 ☑  (21) Refrain from use or unlawful possession of a narcotic drug

18 or other controlled substances defined in 21 U.S.C. § 802, unless

19 prescribed by a licensed medical practitioner.

20 ☐  (22) Except for employment purposes, Defendant shall not have

21 access to the internet, including cell phones with internet access.

22 ☐  (23) Defendant may not be in the presence of minors, unless a

23 responsible, knowledgeable adult is present at all times.

24             **SUBSTANCE ABUSE EVALUATION AND TREATMENT**

25 If Defendant is required to submit to a substance abuse evaluation,
   inpatient or outpatient treatment, the following shall apply:
26
   Defendant shall complete treatment indicated by an evaluation or
27 recommended by Pretrial Services and shall comply with all rules of
   a treatment program.  Defendant shall be responsible for the cost of
28 testing, evaluation and treatment, unless the United States
   Probation Office should determine otherwise.  The United States

ORDER SETTING CONDITIONS OF RELEASE  - 4

1  Probation Office shall also determine the time and place of testing
and evaluation and the scope of treatment. If Defendant fails in
2  any way to comply or cooperate with the requirements and rules of a
treatment program, Pretrial Services shall notify the court and the
3  U.S. Marshal, who will be directed to immediately arrest the
Defendant.
4
Defendant shall participate in one or more of the following
5  treatment programs:

6  ☑ (24) **Substance Abuse Evaluation:** Defendant shall undergo a

7  substance abuse evaluation:

8  ☑ if directed by a U.S. Probation Officer.

9  ☐ as directed by a U.S. Probation Officer.

10  ☐ Prior to release, Defendant must have an appointment for a

11  substance abuse evaluation, and the appointment must be

12  confirmed to the court by Pretrial Services. Defendant will

13  be released:

14  ☐ one day prior to, or ☐ on the morning of his appointment.

15  ☐ (25) **Inpatient Treatment:** Defendant shall participate in an

16  intensive inpatient treatment program.

17  ☐ Prior to release, an available bed and date of entry must be

18  confirmed by Pretrial Services.

19  ☐ Defendant will be released to an agent of the inpatient

20  program on _____.

21  ☐ Prior to release from inpatient treatment, an outpatient

22  treatment program must be presented to the court. If

23  Defendant does not have a structured outpatient treatment

24  program in place prior to conclusion of inpatient treatment,

25  Defendant automatically will go back into the custody of the

26  U.S. Marshal.

27  ☐ Following inpatient treatment, Defendant shall participate in

28  an aftercare program.

ORDER SETTING CONDITIONS OF RELEASE  - 5

1  □  (26) **Outpatient Treatment:** Defendant shall participate in
2  intensive outpatient treatment.
3      □ Prior to release, an appointment for Defendant's first
4        counseling session must be made and confirmed by Pretrial
5        Services.  Defendant will be released:
6        □ one day prior to, or  □ on the morning of his appointment
7  □  (27) **Other:** _____
8  _____
9  _____
10 _____
11 ☑  (28) **Prohibited Substance Testing:  If random urinalysis testing**
12 **is not done through a treatment program, random urinalysis testing**
13 **shall be conducted through Pretrial Services, and shall not exceed**
14 **six (6) times per month.**  Defendant shall submit to any method of
15 testing required by the Pretrial Service Office for determining
16 whether the Defendant is using a prohibited substance.  Such methods
17 may be used with random frequency and include urine testing, the
18 wearing of a sweat patch, a remote alcohol testing system, and/or
19 any form of prohibited substance screening or testing.  Defendant
20 shall refrain from obstructing or attempting to obstruct or tamper,
21 in any fashion, with the efficiency and accuracy of prohibited
22 substance testing.  Full mutual releases shall be executed to permit
23 communication between the court, Pretrial Services, and the
24 treatment vendor.  Treatment shall not interfere with Defendant's
25 court appearances.
26              **HOME CONFINEMENT/ELECTRONIC/GPS MONITORING**
27 □  (29) Defendant shall participate in one or more of the following
28 home confinement program(s):

ORDER SETTING CONDITIONS OF RELEASE  - 6

1   ☐ **Electronic Monitoring.** The Defendant shall participate in a

2   program of electronically monitored home confinement.   The

3   Defendant shall wear, at all times, an electronic monitoring

4   device under the supervision of U.S. Probation.  In the event the

5   Defendant does not respond to electronic monitoring or cannot be

6   found, the U.S. Probation Office shall forthwith notify the

7   United States Marshals' Service, who shall immediately find,

8   arrest and detain the Defendant. The Defendant shall pay all or

9   part of the cost of the program based upon ability to pay as

10  determined by the U.S. Probation Office.

11  ☐ **GPS Monitoring.**  The Defendant shall participate in a program

12  of GPS confinement.   The Defendant shall wear, at all times, a

13  GPS device under the supervision of U.S. Probation.  In the event

14  the Defendant does not respond to GPS monitoring or cannot be

15  found, the U.S. Probation Office shall forthwith notify the

16  United States Marshals' Service, who shall immediately find,

17  arrest and detain the Defendant.  The Defendant shall pay all or

18  part of the cost of the program based up ability to pay as

19  determined by the U.S. Probation Office.

20  ☐ **Curfew.** Defendant shall be restricted to his/her residence:

21       ☐ every day from _____ to _____

22       ☐ as directed by the Pretrial Services Office

23  ☑ **Home detention.** Defendant shall be restricted to his/her

24  residence at all times except for: attorney visits; court

25  appearances; case-related matters; court-ordered obligations; or

26  other activities as pre-approved by the Pretrial Services Office

27  or supervising officer, as well as:

28       ☐ employment   ☐ education   ☑ religious services

☑ *Contacts with the Social Security Agency* ☑ *visits to*
*Cemetary burial*
*site of dependant's*
*mother / family members*

ORDER SETTING CONDITIONS OF RELEASE  - 7

1      ☑ medical, substance abuse, or mental health treatment

2      ☐ Maintain residence at a halfway house or community corrections

3      center, as deemed necessary by the Pretrial Services Office or

4      supervising officer.

5 DATED June 4, 2009.

6

7                   _____

8                   CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING CONDITIONS OF RELEASE   - 8